IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRITTANY W. TRAYLOR )
) No. 3-13-0548
v. )
)
WESTMORELAND FAMILY CLINIC )

CASE MANAGEMENT ORDER # 2

By contemporaneously entered order, the Court has approved and entered the parties' case management order, with modifications addressed at the initial case management conference held on July 31, 2013. Those modifications and other matters addressed on July 31, 2013, are as follows:

1. The contemporaneously entered order provides that all written discovery shall be completed by March 21, 2014. That means that all written discovery shall be served in sufficient time so that responses will be served no later than March 21, 2014.

2. Any discovery motion shall be filed by April 14, 2014. Alternatively, counsel shall, by April 14, 2014, schedule a telephone conference call with the Court to address any discovery issue or dispute.

3. Counsel represented that they would not use any experts in this case.

4. Counsel for the parties shall convene a telephone conference call with the Court on **Thursday, January 9, 2014, at 11:00 a.m., central time,** to be initiated by defendant's counsel, who shall get plaintiff's counsel on the phone and call the Court at 615-736-5164, to address the status of the case, whether the parties have reached an agreement on whether or not the plaintiff was an independent contractor or employee and on the number of employees employed by the defendant during the relevant time, the potential for settlement, propriety of ADR, and any other appropriate matters.

As provided in the contemporaneously entered order, any dispositive motion shall be filed by May 26, 2014. Any response shall be filed within 28 days of the filing of the response or by

June 23, 2014, if the response is filed on May 26, 2014. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by July 7, 2014, if the response is filed on June 23, 2014.

No other filings in support of or in opposition to any dispositive motion shall be made except with the express permission of the Honorable Todd J. Campbell.

No party shall file more than one Rule 12 motion to dismiss or more than one Rule 56 motion for summary judgment.

There shall be no stay of discovery before the April 22, 2014, deadline for completion of fact discovery even if a dispositive motion is filed prior thereto.

Based on the above scheduling deadlines and the parties' already scheduled personal and professional commitments, it is recommended that a jury trial be scheduled to begin on October 7, 2014, November 11, 2014, December 16, 2014, January 20, 2015, or January 27, 2015. The parties estimate that the trial will last 2-3 days.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

2

Case 3:13-cv-00548   Document 17   Filed 08/02/13   Page 2 of 2 PageID #: 51