IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRITTANY W. TRAYLOR )
) No. 3-13-0548
v. )
)
WESTMORELAND FAMILY CLINIC )

O R D E R

Pursuant to the order entered January 10, 2014 (Docket Entry No. 21), counsel for the parties called the Court on January 15, 2014, at which time the following matters were addressed:

1. Defendant's counsel advised that it did not appear that there would be an issue about whether the plaintiff was an independent contractor or an employee or an issue about the number of employees employed by the defendant.

2. The parties agreed that the time for any productive settlement discussions would not be until after the completion of at least some depositions.

3. Upon the parties' request, the following deadlines are extended:

a. The April 22, 2014, deadline for completion of all depositions[1] is extended to June 30, 2014.

b. The April 22, 2014, deadline for filing any discovery motions is extended to June 30, 2014. Alternatively, counsel for the parties shall, by June 30, 2014, schedule a telephone conference call with the Court to address any discovery issues or disputes.

c. The May 26, 2014, deadline for filing any dispositive motion is extended to July 31, 2014. Any response shall be filed within 28 days of the filing of the motion or by August 28, 2014, if the motion is filed on July 31, 2014. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by September 11, 2014, if the response is filed on August 28, 2014.

---

[1] The parties will not use experts. See orders entered August 2, 2013 (Docket Entry No. 16-17).

No other filings in support of or in opposition to any dispositive motion shall be made after September 11, 2014, except with the express permission of the Honorable Todd J. Campbell.

No party shall file more than one Rule 12 motion to dismiss or more than one Rule 56 motion for summary judgment.

There shall be no stay of discovery before the June 30, 2014, deadline for completion of fact discovery even if a dispositive motion is filed prior thereto.

Except as modified herein, the orders entered August 2, 2013 (Docket Entry Nos. 16-17), and August 7, 2013 (Docket Entry No. 18), remain in full force and effect.

It is so ORDERED.

                                                            JULIET GRIFFIN
                                                            United States Magistrate Judge