IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRITTANY W. TRAYLOR | ) |
| | ) |
| v. | ) NO. 3-13-0548 |
| | ) JUDGE CAMPBELL |
| WESTMORELAND | ) |
| FAMILY CLINIC | ) |

ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice (Docket No. 25), indicating that all matters in dispute herein have been settled. Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot.

The pretrial conference set for January 26, 2015, and the jury trail set for February 3, 2015, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                                     _____
                                                   TODD J. CAMPBELL
                                                   UNITED STATES DISTRICT JUDGE